IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CARL DAVIS VAUGHN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24-cv-6 |
| | ) | |
| ALLY FINANCIAL, INC., and | ) | |
| BRADLEY J. BROWN, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in an Order filed contemporaneously with this Judgment and a Memorandum Opinion and Order filed September 30, 2024, (Doc. 14),

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint for a Civil Case, (Doc. 4), is hereby **DISMISSED WITHOUT PREJUDICE** as to Defendant Bradley J. Brown; and

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Complaint for a Civil Case, (Doc. 4), is **DISMISSED WITH PREJUDICE** as to Ally Financial, Inc.

This the 16th day of December, 2024.

_____
United States District Judge